**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-CV-02385-CBS

ESTATE OF HARRISON MANN BEGAY, by Felicia
Herder as Administrator; et al

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF MONTEZUMA, COLORADO; et al

      Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS TODD FOWLER, M.D.,**
**WITH PREJUDICE**

---

      The court having reviewed the Stipulated Motion to Dismiss Todd Fowler, M.D.

With Prejudice, and being advised of the premises,

      IT IS ORDERED that Defendant Todd Fowler, M.D. is dismissed with prejudice from this civil

action, with each party to bear his or its own costs and fees.

      Dated this 16th   day of February , 2016.

                      BY THE COURT:

                      _____

                      Craig B. Shaffer
                      United States Magistrate Judge